**Objection Deadline: March 7, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor, LLP
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
charron@ycst.com

Sara Beth A.R. Kohut, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
skohut@ycst.com

Counsel to the Future Claimants' Representative

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------  x
In re:                                                   :
                                                         :   Chapter 11
RAPID-AMERICAN CORPORATION,                              :
                                                         :   Case No. 13-10687 (SMB)
                                  Debtor.                :
                                                         :
-------------------------------------------------------  x
```

### SEVENTH MONTHLY STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE FUTURE CLAIMANTS' REPRESENTATIVE FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2014 THROUGH JANUARY 31, 2014

| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
|---|---|
| Authorized to Provide Professional Services to: | Lawrence Fitzpatrick, the Legal Representative for Future Claimants |
| Date of Retention | Order entered on September 3, 2013 retaining *nunc pro tunc* to July 11, 2013 |
| Period for which compensation and reimbursement is sought: | January 1, 2014 through January 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $15,549.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $127.39 |

In accordance with this Court's *Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Chapter 11 Professionals and Committee Members* [Docket No. 47] (the "Interim Compensation Order"), Young Conaway Stargatt & Taylor, LLP ("YCST"), counsel to Lawrence Fitzpatrick, the legal representative for future claimants (the "Future Claimants' Representative"), hereby submits this Seventh Monthly Statement of Young Conaway Stargatt & Taylor, LLP as Counsel to the Future Claimants' Representative for Services Rendered and Expenses Incurred for the Period January 1, 2014 through January 31, 2014 (the "Statement").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as Exhibit A is a summary of the services rendered by YCST for which compensation is sought, by project category.

2.      Attached hereto as Exhibit B is a listing of YCST professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional (collectively, the "YCST Professionals") who rendered services to the Future Claimants' Representative in connection with this chapter 11 case during the period January 1, 2014 through January 31, 2014 (the "Statement Period") and the title, hourly rate, aggregate hours worked and the amount of fees incurred by each YCST Professional. The blended hourly billing rate of attorneys for all services during the Statement Period is $400.22. The blended hourly billing rate of all paraprofessionals is $159.44.

3.      Attached hereto as Exhibit C are the time records of YCST, which provide a daily summary of the time spent by each YCST Professional during the Statement Period by project category.

4.      Attached hereto as Exhibit D is a detailed itemization of expenses.

## Billing Adjustments

5.      In the exercise of its billing judgment, YCST has written off a total of $0.00 in fees from this Statement.

## Total Fees and Expenses Sought for the Statement Period

6.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| | |
|---|---|
| Total Fees | $15,549.00 |
| Total Expenses | $127.39 |
| **TOTAL** | **$15,676.39** |

7.      Pursuant to the Interim Compensation Order, YCST seeks payment of $12,566.59 from the Debtors for the Statement Period (the "Interim Amount"), representing (a) 80% of YCST's total fees for services rendered and (b) 100% of the total expenses incurred.

## Notice and Objection Procedures

8.      In accordance with the Interim Compensation Order and agreement of counsel, notice of the Statement has been served upon the following parties by email and/or overnight delivery (collectively, as further defined in the Interim Compensation Order, the "Notice Parties"): (i) Rapid-American Corporation, 530 Fifth Avenue, 9th Floor, New York, New York 10036 (Attn: Paul Weiner); (ii) Reed Smith LLP, Reed Smith Centre, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222 (Attn: Paul M. Singer, Esq.), counsel for the Debtor; (iii) Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Suite 1100, Washington, D.C. 20005 (Attn: Ronald E. Reinsel, Esq.), and also at Caplin & Drysdale, Chartered, 600 Lexington Avenue, 21st Floor, New York, New York, 10022 (Attn: Elihu Inselbuch, Esq.), counsel for Official Committee of Unsecured Creditors; and (iv) Office of the U.S. Trustee, 33 Whitehall

01:14041391.7

3

Street, 21st Floor, New York, New York 10004 (Attn: Paul K. Schwartzberg, Esq.).

      9.    Pursuant to the Interim Compensation Order, objections to this Statement, if any, must be served upon the Notice Parties, including YCST, no later than March 7, 2014 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

      10.    If no objections to the Statement are received by the Objection Deadline, the Debtors will pay to YCST 80% of the fees and 100% of the expenses identified in the Statement.

      11.    To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 20, 2014
      New York, New York

/s/ Edwin J. Harron
Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor, LLP
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
eharron@ycst.com

- and -

Sara Beth A.R. Kohut, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
skohut@ycst.com

Counsel to the Future Claimants' Representative

**Exhibit A**

**Compensation by Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| B001 | Case Administration | 1.00 | $191.00 |
| B002 | Court Hearings | 0.80 | $342.00 |
| B007 | Claims Analysis, Objections and Resolutions | 0.70 | $433.50 |
| B011 | Other Adversary Proceedings | 21.30 | $6,274.00 |
| B012 | Plan and Disclosure Statement | 12.40 | $6,548.00 |
| B014 | General Corporate Matters | 0.20 | $25.00 |
| B015 | Employee Matters | 1.10 | $473.00 |
| B017 | Retention of Professionals/Fee Issues | 1.70 | $407.00 |
| B018 | Fee Application Preparation | 1.10 | $230.00 |
| B019 | Travel | 1.80 | $625.50 |
| | **Total** | **42.10** | **$15,549.00** |

### Exhibit B

### Professionals and Paraprofessionals

| Professional | Position With the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Edwin J. Harron | Partner | 1995 | Bankruptcy | $695.00 | 6.10 | $4,239.50 |
| Sara Beth A.R. Kohut | Associate | 2001 | Bankruptcy | $430.00 | 9.10 | $3,913.00 |
| Edwin J. Harron | Partner | 1995 | Bankruptcy | $347.50 | 1.80 | $625.50 |
| Ashley E. Markow | Associate | 2011 | Bankruptcy | $300.00 | 19.70 | $5,910.00 |
| Lisa Eden | Paralegal | | Bankruptcy | $180.00 | 0.20 | $36.00 |
| Chad A. Corazza | Paralegal | | Bankruptcy | $160.00 | 5.00 | $800.00 |
| Karen Luongo | Legal Assistant | | Business Planning | $125.00 | 0.20 | $25.00 |
| | | | | Total | 42.10 | $15,549.00 |

## Exhibit C

## Time Records for the Statement Period

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

(302) 571-6600
(800) 253-2234 (DE ONLY)

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**

02/12/2014
File No. 071924.1001

For Professional Services Rendered For:

Bill No.  40369157

**Lawrence Fitzpatrick, Future Claimants Representative**
**Billing Period Through January 31, 2014**

| | | |
|---|---|---|
| Total Fees............................................................................ | $ | 15,549.00 |
| Total Expenses.................................................................... | | 127.39 |
| Total........................................................ | $ | 15,676.39 |

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **071924.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
Billing Period Through January 31, 2014

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 1.00 | 191.00 |
| B002 | Court Hearings | 0.80 | 342.00 |
| B007 | Claims Analysis, Objections and Resolutions | 0.70 | 433.50 |
| B011 | Other Adversary Proceedings | 21.30 | 6,274.00 |
| B012 | Plan and Disclosure Statement | 12.40 | 6,548.00 |
| B014 | General Corporate Matters | 0.20 | 25.00 |
| B015 | Employee Matters | 1.10 | 473.00 |
| B017 | Retention of Professionals/Fee Issues | 1.70 | 407.00 |
| B018 | Fee Application Preparation | 1.10 | 230.00 |
| B019 | Travel | 1.80 | 625.50 |
| | Totals | 42.10 | $ 15,549.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
Billing Period Through January 31, 2014

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Chad A. Corazza | Paralegal | 0.70 | x $ | 160.00 | = | 112.00 |
| Lisa Eden | Paralegal | 0.20 | x $ | 180.00 | = | 36.00 |
| Sara Beth A.R. Kohut | Associate | 0.10 | x $ | 430.00 | = | 43.00 |
| | Totals: | 1.00 | | | $ | 191.00 |

**Task B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Chad A. Corazza | Paralegal | 0.40 | x $ | 160.00 | = | 64.00 |
| Edwin J. Harron | Partner | 0.40 | x $ | 695.00 | = | 278.00 |
| | Totals: | 0.80 | | | $ | 342.00 |

**Task B007**
**Claims Analysis, Objections and Resolutions**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.50 | x $ | 695.00 | = | 347.50 |
| Sara Beth A.R. Kohut | Associate | 0.20 | x $ | 430.00 | = | 86.00 |
| | Totals: | 0.70 | | | $ | 433.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
Billing Period Through January 31, 2014

**Task B011**
**Other Adversary Proceedings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Ashley E. Markow | Associate | 19.70 | x $ | 300.00 | = | 5,910.00 |
| Chad A. Corazza | Paralegal | 1.20 | x $ | 160.00 | = | 192.00 |
| Sara Beth A.R. Kohut | Associate | 0.40 | x $ | 430.00 | = | 172.00 |
| | Totals: | 21.30 | | | $ | 6,274.00 |

**Task B012**
**Plan and Disclosure Statement**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Chad A. Corazza | Paralegal | 0.60 | x $ | 160.00 | = | 96.00 |
| Edwin J. Harron | Partner | 5.20 | x $ | 695.00 | = | 3,614.00 |
| Sara Beth A.R. Kohut | Associate | 6.60 | x $ | 430.00 | = | 2,838.00 |
| | Totals: | 12.40 | | | $ | 6,548.00 |

**Task B014**
**General Corporate Matters**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Karen Luongo | Legal Assistant | 0.20 | x $ | 125.00 | = | 25.00 |
| | Totals: | 0.20 | | | $ | 25.00 |

**Task B015**
**Employee Matters**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Sara Beth A.R. Kohut | Associate | 1.10 | x $ | 430.00 | = | 473.00 |
| | Totals: | 1.10 | | | $ | 473.00 |

4

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
Billing Period Through January 31, 2014

**Task  B017**
**Retention of Professionals/Fee Issues**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Chad A. Corazza | Paralegal | 1.20 | x $ | 160.00 | = | 192.00 |
| Sara Beth A.R. Kohut | Associate | 0.50 | x $ | 430.00 | = | 215.00 |
| | Totals: | 1.70 | | | $ | 407.00 |

**Task  B018**
**Fee Application Preparation**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Chad A. Corazza | Paralegal | 0.90 | x $ | 160.00 | = | 144.00 |
| Sara Beth A.R. Kohut | Associate | 0.20 | x $ | 430.00 | = | 86.00 |
| | Totals: | 1.10 | | | $ | 230.00 |

**Task  B019**
**Travel**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.80 | x $ | 347.50 | = | 625.50 |
| | Totals: | 1.80 | | | $ | 625.50 |
| | Aggregate Total: | 42.10 | | | $ | 15,549.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
Billing Period Through January 31, 2014

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

|  |  | Total Hours |  | Hourly Rate |  | Total |
|---|---|---|---|---|---|---|
| EHARR | Edwin J. Harron, Partner | 6.10 | $ | 695.00 | = | 4,239.50 |
| SKOHU | Sara Beth A.R. Kohut, Associate | 9.10 | $ | 430.00 | = | 3,913.00 |
| EHARR | Edwin J. Harron, Partner | 1.80 | $ | 347.50 | = | 625.50 |
| AMARK | Ashley E. Markow, Associate | 19.70 | $ | 300.00 | = | 5,910.00 |
| LEDEN | Lisa Eden, Paralegal | 0.20 | $ | 180.00 | = | 36.00 |
| CCORA | Chad A. Corazza, Paralegal | 5.00 | $ | 160.00 | = | 800.00 |
| KLUON | Karen Luongo, Legal Assistant | 0.20 | $ | 125.00 | = | 25.00 |
|  | Total: | 42.10 |  |  | $ | 15,549.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
File No. 071924.1001                    Invoice No. 40369157                    02-12-2014

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/03/14 | Review critical dates | CCORA | B001 | 0.10 |
| 01/09/14 | Download and distribute pleadings filed with the Court | CCORA | B001 | 0.10 |
| 01/14/14 | Review, prepare and circulate critical dates | CCORA | B001 | 0.20 |
| 01/16/14 | Download and distribute pleadings filed with the Court | CCORA | B001 | 0.10 |
| 01/16/14 | Update critical dates | LEDEN | B001 | 0.20 |
| 01/17/14 | Email from/to G. Wieland and C. Corazza re: updating notice party list | SKOHU | B001 | 0.10 |
| 01/23/14 | Review critical dates | CCORA | B001 | 0.10 |
| 01/27/14 | Download and distribute pleadings filed with the Court | CCORA | B001 | 0.10 |
| | Sub Total | | | 1.00 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/08/14 | Emails with P. Singer re: status conference scheduling | EHARR | B002 | 0.10 |
| 01/27/14 | Email from and to S. Kohut re: January 30, 2014 hearing preparation | CCORA | B002 | 0.10 |
| 01/28/14 | Prepare binder re: January 30, 2014 Hearing | CCORA | B002 | 0.30 |
| 01/30/14 | Attend hearing re: fees and status | EHARR | B002 | 0.30 |
| | Sub Total | | | 0.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/16/14 | Review A. Markow memo re: Riklis Corporation and potential estate claims | EHARR | B007 | 0.30 |

7

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
File No. 071924.1001                          Invoice No. 40369157                          02-12-2014

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/17/14 | Teleconference with L. Fitzpatrick and correspondence to L. Fitzpatrick re: potential claims against Riklis Family Corporation | EHARR | B007 | 0.20 |
| 01/23/14 | Email to/from E. Harron and R. Reinsel re: Riklis research and potential estate claims | SKOHU | B007 | 0.20 |
| | Sub Total | | | 0.70 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/09/14 | Email to/from E. Harron re: Riklis Family Corporation litigation history | AMARK | B011 | 0.10 |
| 01/10/14 | Research Riklis Family Corporation background | AMARK | B011 | 2.10 |
| 01/13/14 | Research re: Riklis Family Corporation litigation history and analyze results | AMARK | B011 | 3.40 |
| 01/14/14 | Continue to research re: Riklis Family Corporation litigation history and analyze results | AMARK | B011 | 1.80 |
| 01/15/14 | Continue to research re: Riklis Family Corporation litigation history and analyze results | AMARK | B011 | 6.00 |
| 01/16/14 | Draft memo re: Riklis Family Corporation litigation history | AMARK | B011 | 3.60 |
| 01/16/14 | Analyze memo re: research on Rapid shareholders | SKOHU | B011 | 0.30 |
| 01/27/14 | Meeting with S. Kohut and E. Harron re: preparation of Rule 2004 Motion (.2); multiple emails with C. Corazza re: preparation of same (.2) | AMARK | B011 | 0.40 |
| 01/28/14 | Emails with C. Corazza re: preparation of Rule 2004 motion (.2); begin drafting RFC Rule 2004 Motion (.6) | AMARK | B011 | 0.80 |
| 01/28/14 | Research re: pleadings for potential Riklis claims; emails from and to A. Markow re: same | CCORA | B011 | 0.90 |
| 01/29/14 | Email with C. Corazza and K. Luongo re: RFC Rule 2004 Motion | AMARK | B011 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
File No. 071924.1001                    Invoice No. 40369157                        02-12-2014

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/29/14 | Emails from and to K. Luongo and A. Markow re: service address for M. Riklis and Riklis Family Corporation; research re: same | CCORA | B011 | 0.30 |
| 01/30/14 | Draft RFC document requests | AMARK | B011 | 1.30 |
| 01/30/14 | Review draft discovery requests to debtor | SKOHU | B011 | 0.10 |
| | Sub Total | | | 21.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/09/14 | Teleconference with L. Fitzpatrick and email to A. Markow re: successor liability legal research question | EHARR | B012 | 0.20 |
| 01/09/14 | Review Debtor counsel's letter to court re: status conference | SKOHU | B012 | 0.10 |
| 01/21/14 | Email from/to E. Harron re: draft plan | SKOHU | B012 | 0.10 |
| 01/26/14 | Emails with P. Singer re: plan issue | EHARR | B012 | 0.10 |
| 01/27/14 | Emails from and to S. Kohut re: blackline of plan; prepare same | CCORA | B012 | 0.20 |
| 01/27/14 | Review docket and database re: Paul Weiner employment history; emails from and to S. Kohut re: same | CCORA | B012 | 0.20 |
| 01/27/14 | Teleconference with P. Singer and S. Marshall re: plan issues | EHARR | B012 | 0.30 |
| 01/27/14 | Teleconference with R. Tobin, S. Kohut, K. Maclay, and R. Reinsel re: plan issues | EHARR | B012 | 0.40 |
| 01/27/14 | Review and analyze draft plan | SKOHU | B012 | 1.50 |
| 01/27/14 | Teleconference with counsel for ACC re: draft plan and strategy | SKOHU | B012 | 0.60 |
| 01/28/14 | Continue to review docket and database re: Paul Weiner employment history; emails from and to S. Kohut re: same | CCORA | B012 | 0.20 |
| 01/28/14 | Continue to review and analyze draft plan | SKOHU | B012 | 1.00 |

9

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
File No. 071924.1001                              Invoice No. 40369157                              02-12-2014

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/28/14 | Continue to review and analyze draft plan; email to E. Harron re: comments on same (.3) | SKOHU | B012 | 1.80 |
| 01/29/14 | Teleconference with L. Fitzpatrick re: plan issue | EHARR | B012 | 0.10 |
| 01/29/14 | Review draft plan and email from P. Singer; email to L. Fitzpatrick re: same | EHARR | B012 | 1.70 |
| 01/29/14 | Analyze draft plan and further revisions to same; draft comments on same | SKOHU | B012 | 1.40 |
| 01/30/14 | Continued review of plan | EHARR | B012 | 1.30 |
| 01/30/14 | Meet with Debtor's and ACC's counsel re: plan issue | EHARR | B012 | 0.80 |
| 01/31/14 | Emails with L. Fitzpatrick re: report on 1/30/13 hearing and plan issue | EHARR | B012 | 0.30 |
| 01/31/14 | Review summary of status conference and plan negotiation meeting from E. Harron | SKOHU | B012 | 0.10 |
| | Sub Total | | | 12.40 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/28/14 | Obtain registered agent contact information for Riklis Family Corporation in Delaware; research agent information in Nevada; email to C. Corazza re: same | KLUON | B014 | 0.20 |
| | Sub Total | | | 0.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/27/14 | Research re: P. Weiner employment contract | SKOHU | B015 | 0.20 |
| 01/28/14 | Research P. Weiner employment status | SKOHU | B015 | 0.90 |
| | Sub Total | | | 1.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
File No. 071924.1001                    Invoice No. 40369157                    02-12-2014

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 01/02/14 | Review (for privilege) L. Fitzpatrick timesheet for December 2013 fee statement | SKOHU | B017 | 0.10 |
| 01/02/14 | Review and revise draft supplemental Harron declaration re: YCST billing-rate changes | SKOHU | B017 | 0.10 |
| 01/03/14 | Finalize for filing and coordinate service of supplemental declaration of YCST retention application | CCORA | B017 | 0.30 |
| 01/03/14 | Email from E. Harron re: supplemental declaration; email to C. Corazza re: finalizing same | SKOHU | B017 | 0.10 |
| 01/08/14 | Prepare and file affidavit of service of supplemental declaration re: YCST retention application | CCORA | B017 | 0.20 |
| 01/17/14 | Draft sixth monthly fee statement of Larry Fitzpatrick | CCORA | B017 | 0.20 |
| 01/21/14 | Finalize for filing and coordinate service of sixth monthly fee statement of Larry Fitzpatrick | CCORA | B017 | 0.40 |
| 01/23/14 | Draft notice of withdrawal of appearance re: D. Geoghan; email to S. Kohut re: same | CCORA | B017 | 0.10 |
| 01/30/14 | Review local rules on attorney withdrawal; review and revise notice of withdrawal for D. Geoghan | SKOHU | B017 | 0.20 |
| | Sub Total | | | 1.70 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 01/13/14 | Review (for privilege) YCST fee statement for December 2013 | SKOHU | B018 | 0.10 |
| 01/21/14 | Draft sixth monthly fee statement of YCST | CCORA | B018 | 0.30 |
| 01/21/14 | Finalize for filing and coordinate service of sixth monthly fee statement of YCST | CCORA | B018 | 0.40 |
| 01/21/14 | Finalize December 2013 fee applications for L. Fitzpatrick and YCST | SKOHU | B018 | 0.10 |

11

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
File No. 071924.1001                    Invoice No. 40369157                    02-12-2014

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/24/14 | Prepare and file affidavit of service re: sixth monthly fee statements of YCST and Larry Fitzpatrick | CCORA | B018 | 0.20 |
| | Sub Total | | | 1.10 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 01/30/14 | Non-working travel from New York, NY to Wilmington, DE for 1/30/14 hearing (divided among multiple clients and billed at 1/2 time) | EHARR | B019 | 0.90 |
| 01/30/14 | Non-working travel from Wilmington, DE to New York, NY for 1/30/14 hearing (divided among multiple clients and billed at 1/2 time) | EHARR | B019 | 0.90 |
| | Sub Total | | | 1.80 |

12

## Exhibit D

## Expenses Records for the Statement Period

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Lawrence Fitzpatrick, Future Claimants Representative
Billing Period Through January 31, 2014

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
|---|---|
| Reproduction Charges | 94.00 |
| Federal Express | 27.39 |
| Docket Retrieval / Search | 6.00 |
| Total Disbursements: | $127.39 |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 248023

Page 17 (17)
RUN: 02/10/14
TIME: 15:46:54

CONTROL:      6477771

CLIENT: 071924 Lawrence Fitzpatrick, Future Claimants RepresentatMATTER: 071924.1001 Rapid-American Corporation

UNBILLED TIMESLIPS
(Continued)

| MATTER | DATE WORKED | TIME-KEEPER | INDEX NO. | DESCRIPTION | HOURS VALUE | BILLING RATE | RECORDED --- HOURS VALUE | BILLING --- HOURS VALUE | REVISED --- HOURS | STATUS --- CURRENT X W/O |
|---|---|---|---|---|---|---|---|---|---|---|

INCLUDED TIME FOR MATTER: 071924.1001          42.20          16190.50     42.20     15565.00

TIME AFTER CUTOFF DATE                                              2.10               1459.50

STATUS CODE LEGEND
B     Billable                                    H     Timeslip on Hold (Excluded)          NB     Non-Billable
BNC   Bill - No Charge                            X     Excluded from Instruction             ENP    Timeslip will not show on Statement
B/O   Billable - reduce value to "0"

WORKING CREDIT ALLOCATION

| MATTER 071924.1001 | Rapid-American Corporation | TIMEKEEPER | RECORDED VALUE | BILLING VALUE | ALLOCATED VALUE | REVISED ALLOCATED VALUE | PERCENT ALLOCATED |
|---|---|---|---|---|---|---|---|
| 0252 | EHARR | Edwin J. Harron | 5,490.50 | 4,865.00 | 4,865.00 | | 31.26 |
| 0592 | SKOHU | Sara Beth A.R. Kohut | 3,913.00 | 3,913.00 | 3,913.00 | | 25.14 |
| 1039 | AMARK | Ashley E. Markow | 5,910.00 | 5,910.00 | 5,910.00 | | 37.97 |
| 0480 | KLUON | Karen Luongo | 25.00 | 25.00 | 25.00 | | 0.16 |
| 0791 | LEDEN | Lisa Eden | 36.00 | 36.00 | 36.00 | | 0.23 |
| 0855 | CCORA | Chad A. Corazza | 816.00 | 816.00 | 816.00 | | 5.24 |

TOTALS FOR MATTER: 071924.1001          16,190.50     15,565.00     15,565.00

TOTALS FOR INSTRUCTION:  248023          16,190.50     15,565.00     15,565.00

UNBILLED EXPENSE DETAILS THROUGH 01/31/2014

UNBILLED EXPENSES          MATTER: 071924.1001          Rapid-American Corporation

| DATE | EXPENSE CODE | INDEX NO. | CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | ALLOCATED VALUE | REVISED VALUE | STATUS CURRENT BNC B/O H X ENP |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/05/13 | S102 | 44257792 | | CCORA | Docket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.20 | 0.20 | 0.20 | | B |
| | | VENDOR NAME: 44257793 | | | | | | | | |
| 12/10/13 | S102 | 44251793 | | CCORA | Docket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.20 | 0.20 | 0.20 | | B |

VENDOR NAME:

Young, Conway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 248023

Page 18 (18)
RUN: 02/10/14
TIME: 15:46:56

CONTROL:    647771

CLIENT: 071924 Lawrence Fitzpatrick, Future Claimants Representat MATTER: 071924.1001 Rapid-American Corporation

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/13 | S102 | 4425794 | | | | CCORADocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.30 | 0.30 | | B | | | | | |
| 12/19/13 | S102 | 4425795 | | | | VENDOR NAME: SFOOTDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.10 | 0.10 | | B | | | | | |
| 12/20/13 | S102 | 4425796 | | | | VENDOR NAME: SFOOTDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.90 | 1.90 | | B | | | | | |
| 12/23/13 | 004 | 4405762 155116 | | | | VENDOR NAME: CCORAFederal Express -- FEDERAL EXPRESS - Paul K. Schwartzberg, Esq. NEW YORK CITY, NY | 8.67 | 8.67 | | B | | | | | |
| 12/23/13 | 004 | 4405763 155116 | | | | VENDOR NAME: Federal Express Corporation CCORAFederal Express -- FEDERAL EXPRESS - Paul Weiner NEW YORK CITY, NY | 8.67 | 8.67 | | B | | | | | |
| 12/23/13 | S102 | 4425797 | | | | VENDOR NAME: Federal Express Corporation SFOOTDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 3.10 | 3.10 | | B | | | | | |
| 12/27/13 | S102 | 4425798 | | | | VENDOR NAME: CCORADocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.20 | 0.20 | | B | | | | | |
| 01/03/14 | S001SCN | 4407773 | | | | VENDOR NAME: CCORAScanning Charges 0855 | 0.40 | 0.20 | | B | | | | | |
| 01/13/14 | S001SCN | 4412946 | | | | VENDOR NAME: CCORAScanning Charges 0855 | 1.00 | 0.50 | | B | | | | | |
| 01/14/14 | S001 | 4413742 | | | | VENDOR NAME: AMARKPhotocopy Charges Duplication BW 1039 | 2.80 | 1.40 | | B | | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER  248023

Page 19 (19)
RUN: 02/10/14
TIME: 15:46:56

CLIENT: 071924 Lawrence Fitzpatrick, Future Claimants RepresentatMATTER: 071924.1001 Rapid-American Corporation

CONTROL:    6477771

UNBILLED EXPENSES        (Continued)

| DATE | EXPENSE CODE | INDEX NO. CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X ENP |
|------|---------|---------|------|-------------|----------|---------|---------|---------|---------|
| 01/14/14 | S001 | VENDOR NAME: 4413743 | | AMARKPhotocopy Charges Duplication BW 1039 | 12.00 | 6.00 | | B | --- |
| 01/14/14 | S001 | VENDOR NAME: 4413744 | | AMARKPhotocopy Charges Duplication BW 1039 | 2.00 | 1.00 | | | --- |
| 01/14/14 | S001 | VENDOR NAME: 4413745 | | AMARKPhotocopy Charges Duplication BW 1039 | 1.00 | 0.50 | | | --- |
| 01/14/14 | S001 | VENDOR NAME: 4413746 | | AMARKPhotocopy Charges Duplication BW 1039 | 1.00 | 0.50 | | | --- |
| 01/14/14 | S001 | VENDOR NAME: 4413747 | | AMARKPhotocopy Charges Duplication BW 1039 | 2.80 | 1.40 | | | --- |
| 01/14/14 | S001 | VENDOR NAME: 4413748 | | AMARKPhotocopy Charges Duplication BW 1039 | 3.20 | 1.60 | | | --- |
| 01/14/14 | S001 | VENDOR NAME: 4413749 | | AMARKPhotocopy Charges Duplication BW 1039 | 1.80 | 0.90 | | B | --- |
| 01/14/14 | S001 | VENDOR NAME: 4413750 | | AMARKPhotocopy Charges Duplication BW 1039 | 2.40 | 1.20 | | | --- |
| 01/14/14 | S001 | VENDOR NAME: 4413751 | | AMARKPhotocopy Charges Duplication BW 1039 | 1.00 | 0.50 | | | --- |
| 01/15/14 | S001 | VENDOR NAME: 4414531 | | AMARKPhotocopy Charges Duplication BW 1039 | 1.40 | 0.70 | | B | --- |
| 01/15/14 | S001 | VENDOR NAME: 4414532 | | AMARKPhotocopy Charges Duplication BW 1039 | 2.20 | 1.10 | | B | --- |
| 01/15/14 | S001 | VENDOR NAME: 4414533 | | AMARKPhotocopy Charges Duplication BW 1039 | 2.00 | 1.00 | | B | --- |
| 01/16/14 | S001 | VENDOR NAME: 4415573 | | AMARKPhotocopy Charges Duplication BW | 1.60 | 0.80 | | B | --- |

Young, Conway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER

Page 20 (20)
RUN: 02/10/14
TIME: 15:46:56

CONTROL:    647771

CLIENT: 071924 Lawrence Fitzpatrick, Future Claimants Representat MATTER: 071924.1001 Rapid-American Corporation

UNBILLED EXPENSES    (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/14 | S001 | VENDOR NAME: 4415575 | | 1039 | AMARKPhotocopy Charges Duplication BW 1039 | 1.20 | 0.60 | | B | | | | | |
| 01/16/14 | S001 | VENDOR NAME: 4415577 | | | AMARKPhotocopy Charges Duplication BW 1039 | 1.00 | 0.50 | | B | | | | | |
| 01/16/14 | S001 | VENDOR NAME: 4415579 | | | AMARKPhotocopy Charges Duplication BW 1039 | 1.20 | 0.60 | | B | | | | | |
| 01/17/14 | S001 | VENDOR NAME: 4416620 | | | JFORBPhotocopy Charges Duplication BW 0541 | 13.20 | 6.60 | | B | | | | | |
| 01/17/14 | S001 | VENDOR NAME: 4416621 | | | CCORAPhotocopy Charges Duplication BW 0855 | 1.60 | 0.80 | | B | | | | | |
| 01/21/14 | S001 | VENDOR NAME: 4417911 | | | CCORAPhotocopy Charges Duplication BW 0855 | 1.60 | 0.80 | | B | | | | | |
| 01/21/14 | S001 | VENDOR NAME: 4417912 | | | CCORAPhotocopy Charges Duplication BW 0855 | 1.60 | 0.80 | | B | | | | | |
| 01/22/14 | 004 | VENDOR NAME: 4424994 | 155609 | | CCORAFederal Express -- FEDERAL EXPRESS - PAUL WEINER NEW YORK CITY, NY | 10.05 | 10.05 | | B | | | | | |
| 01/23/14 | S001 | VENDOR NAME: 4418944 | | | CSTEVPhotocopy Charges Duplication BW 1015 | 9.80 | 4.90 | | B | | | | | |
| 01/27/14 | S001 | VENDOR NAME: 4420647 | | | CCORAPhotocopy Charges Duplication BW 0855 | 2.80 | 1.40 | | B | | | | | |
| 01/28/14 | S001 | VENDOR NAME: 4421604 | | | SKOHUPhotocopy Charges Duplication BW 0592 | 3.40 | 1.70 | | B | | | | | |

Federal Express Corporation

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   248023

Page 21 (21)
RUN: 02/10/14
TIME: 15:46:56

CONTROL:   647771

CLIENT: 071924 Lawrence Fitzpatrick, Future Claimants RepresentatMATTER: 071924.1001 Rapid-American Corporation

UNBILLED EXPENSES   (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/28/14 | S001 | VENDOR NAME: 44221505 | | | | JFORBPhotocopy Charges Duplication BW 0541 | 9.80 | 4.90 | | B | — — — — — |
| 01/28/14 | S001 | VENDOR NAME: 44221506 | | | | JFORBPhotocopy Charges Duplication BW 0541 | 39.00 | 19.50 | | B | — — — — — |
| 01/28/14 | S001 | VENDOR NAME: 44221507 | | | | CCORAPhotocopy Charges Duplication BW 0855 | 25.80 | 12.90 | | B | — — — — — |
| 01/28/14 | S001 | VENDOR NAME: 44221508 | | | | CCORAPhotocopy Charges Duplication BW 0855 | 14.40 | 7.20 | | B | — — — — — |
| 01/28/14 | S001 | VENDOR NAME: 44221509 | | | | CCORAPhotocopy Charges Duplication BW 0855 | 1.20 | 0.60 | | B | — — — — — |
| 01/28/14 | S001 | VENDOR NAME: 44221510 | | | | CCORAPhotocopy Charges Duplication BW 0855 | 1.00 | 0.50 | | B | — — — — — |
| 01/29/14 | S001 | VENDOR NAME: 44222200 | | | | JFORBPhotocopy Charges Duplication BW 0541 | 1.60 | 0.80 | | B | — — — — — |
| 01/29/14 | S001 | VENDOR NAME: 44222201 | | | | CSTEVPhotocopy Charges Duplication BW 1015 | 9.80 | 4.90 | | B | — — — — — |
| 01/29/14 | S001 | VENDOR NAME: 44222202 | | | | JFORBPhotocopy Charges Duplication BW 0541 | 9.80 | 4.90 | | B | — — — — — |
| 01/29/14 | S001SCN | VENDOR NAME: 44222203 | | | | CCORAScanning Charges 0855 | 0.60 | 0.30 | | B | — — — — — |

INCLUDED EXPENSES FOR MATTER: 071924.1001   221.39   127.39
EXCLUDED EXPENSES (Expenses on Hold)           0.00     0.00
EXPENSES AFTER CUTOFF DATE                      0.00   224.20

STATUS CODE LEGEND

Page 22 (22)
RUN: 02/10/14
TIME: 15:46:57

CONTROL:      6477771

CLIENT: 071924 Lawrence Fitzpatrick, Future Claimants Representat

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER
MATTER: 071924.1001 Rapid-American Corporation
248023

B    Billable
BNC  Bill - No Charge
B/0  Billable - reduce value to "0"

H    Expense on Hold (Excluded)
X    Excluded from Instruction

NB   Non-Billable
BNP  Expense will not show on Statement

## EXPENSE CODE SUMMARY

| EXPENSE CODE | DESCRIPTION | RECORDED VALUE | BILLING VALUE |
|---|---|---|---|
| 004 | Federal Express | 27.39 | 27.39 |
| S001 | Photocopy Charges | 186.00 | 93.00 |
| S001SCN | Scanning Charges | 2.00 | 1.00 |
| S102 | Docket Retrieval / Search | 6.00 | 6.00 |
| | EXPENSE TOTAL | 221.39 | 127.39 |

TOTAL EXPENSES FOR INSTRUCTION:  248023     221.39     127.39

## BILL HISTORY

| BILL NUMBER | DATE | FEES | BILLED EXPENSES | ON-ACCOUNT | CASH RECEIVED | LAST PAY DATE | RECEIVABLE WRITTEN-OFF | OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 40365146 | 09/18/13 | 13,001.00 | 48.80 | 0.00 | 10,449.60 | 10/17/13 | 0.00 | 2,600.20 |
| 40365738 | 09/19/13 | 23,214.00 | 611.44 | 0.00 | 19,184.64 | 10/17/13 | 0.00 | 4,642.80 |
| 40366355 | 10/17/13 | 6,319.50 | 843.15 | 0.00 | 0.00 | | 0.00 | 7,162.65 |
| 40367084 | 11/19/13 | 1,894.00 | 50.50 | 0.00 | 1,565.70 | 12/17/13 | 0.00 | 378.80 |
| 40367904 | 12/20/13 | 798.50 | 33.22 | 0.00 | 672.02 | 12/17/13 | 0.00 | 159.70 |
| 40368429 | 01/14/14 | 2,856.50 | 68.74 | 0.00 | 0.00 | 01/23/14 | 0.00 | 2,925.24 |
| TOTAL: | | 48,083.50 | 1,657.85 | 0.00 | 31,871.96 | | 0.00 | 17,869.39 |

## TRUST BALANCE

| DEPOSITS | WITHDRAWALS | CURRENT BALANCE |
|---|---|---|
| | | 0.00 |

## TRUST DETAILS

| DEPOSITS | WITHDRAWALS | CURRENT BALANCE |
|---|---|---|